IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES GAINES                                             PLAINTIFF

                 v.                     Civil No. 04-4134

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                               DEFENDANT

## **JUDGMENT**

On this 14th day of April, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Michael Angel, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $2,294.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                       /s/ Bobby E. Shepherd
                                                       HONORABLE BOBBY E. SHEPHERD
                                                       UNITED STATES MAGISTRATE JUDGE